**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.** 26-MJ-4044-RJD |
| | ) | |
| **AUSTIN L. KNOOB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# CRIMINAL COMPLAINT

I, Special Agent Samuel J Sukovich, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## Count 1
## (Sexual Exploitation of a Child)

From on or about August 12, 2025, to and including August 13, 2025, in Jackson County, within the Southern District of Illinois,

**AUSTIN L. KNOOB,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicted the minor masturbating, knowing and having reason to know that such visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

**Count 2**
**(Sexual Exploitation of a Child)**

On or about April 9, 2026, in Jackson County, within the Southern District of Illinois,

**AUSTIN L. KNOOB,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicted the minor masturbating, knowing and having reason to know that such visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

## AFFIDAVIT

1. I am a Special Agent with the FBI and have been so employed since July of 2024. I am currently assigned to the Springfield Field Office, Marion Resident Agency investigating Violent Crimes Against Children. As part of my duties, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. During my time with the FBI, I have received specialized training in the investigation of various federal crimes. Prior to becoming a Special Agent, I was employed by the Jackson County Sheriff's Office in Jackson, Michigan as a sworn law enforcement officer for over 11 years. During that time, I was specifically assigned as a detective conducting state-level criminal investigations for over six years. I also received specialized training in criminal investigations, including violent crimes.

2. The information in the following paragraphs is either personally known to this Affiant, has been reported to this Affiant by the individuals identified, or has been collected from reports prepared by law enforcement officers with direct knowledge.

3. The statements contained in this affidavit are based upon my observations or information gathered by me, my training and experience as a law enforcement officer; information provided to me by other law enforcement officers and investigators; and upon my consultation with other persons trained in the investigation, seizure, and analysis of computers, electronic data, and electronic media. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of federal law exists.

## BACKGROUND ON IMESSAGE

4. iMessage is a free instant messaging service created by Apple. It lets users send texts, photos, and videos between Apple devices. iMessage is entirely internet-based. It uses Wi-Fi or cellular data (mobile data) to send and receive messages, photos, and videos instead of relying on a standard carrier SMS text plan. As such, iMessage is a form of interstate commerce.

## PROBABLE CAUSE

5. On August 6, 2026, the FBI Marion Resident Agency was contacted by FBI personnel from the FBI Boston Field Office in reference to a child pornography investigation.

6. As part of FBI Boston's investigation, they identified a minor female victim born in 2009 (hereafter "MV5"). As such, MV5 would be 17-years-old or younger during the entirety of this investigation to date.

7. On July 28, 2026, an FBI Child Forensic Interview Specialist conducted a forensic interview of MV5. During the interview, MV5 disclosed the following information:

a. MV5 has communicated with numerous males online. One of the males goes by "Frank." MV5 believes that she began speaking with Frank when she was

approximately 12 years old. MV5 first met Frank via Snapchat. MV5 believes that Frank's Snapchat name consisted of the name "Frank" with a last name that started with possibly the letter "R". She has conversations saved between her and Frank on her computer.

b. MV5 knows Frank's Snapchat account would always get banned because he would always show MV5 child pornography of other minor children having sex with older men. MV5 estimates that the youngest age of child pornography that Frank would send MV5 would be of approximately 4-year-old children. MV5 knows that Frank was really into these things and wanted her to recreate them.

c. Once Frank's Snapchat was banned, Frank would reach out to MV5 via email. If Frank obtained a new Snapchat username, he would email MV5 the new username.

d. Frank later moved their conversation to the Telegram application. Frank would send MV5 a lot of videos through Telegram; however, MV5 believes Frank erased their communications off the Telegram chat thread.

e. Frank added MV5 to a group chat on Telegram where there were other people within the chat. The content shared within the Telegram group chat consisted of a lot of child pornography and "child sex tapes".

f. Frank has multiple images and videos of child pornography depicting MV5. She sent Frank any child pornography content that he requested of her. Frank would often request child pornography videos of MV5 while he was bored at work. Frank would also request that when MV5 had a boyfriend and she had sexual intercourse with her boyfriend, that she record her sexual intercourse and send it to him. Frank has multiple videos of her engaged in sexual intercourse with her ex-boyfriends. The content she sent to Frank was

both saved content from her phone and live content that she produced for Frank at his direction/ request.

g. Frank would send her money, sexy toys, items from SHEIN, clothes, and items from Amazon. Frank would send MV5 money via Apple Pay; these transactions are on her laptop, within the chat thread with Frank.

h. Frank sent a package to her house once that contained sex toys within it. MV5's mother found the package and threw it away. Frank sent her sex toys for the purpose of MV5 using them on herself, film it, and send the videos to Frank. There was an additional package that Frank sent to her house that MV5 successfully received. The package contained a sex toy that MV5 did use on herself. MV5 filmed herself using the sex toy and sent the video to Frank. The sex toy was a dildo that was a magenta/red color.

i. Frank also wanted to get MV5 a dog because he wanted MV5 to do "things" with dogs.

j. MV5 knows that she still has photos that Frank sent her of a female. The female was allegedly the cousin of Frank's girlfriend, who was approximately 15 or 16 years old at the time. Frank advised MV5 that he had sexual intercourse with his girlfriend's minor cousin. MV5 believes that the chat thread between her and Frank, showing this, would be on her laptop.

k. Frank told MV5 that he was a schoolteacher and that he has had sexual intercourse with multiple students of his. Frank told her that he was fired from a teaching position and then moved to a different district where he obtained a job as a teacher's aide. MV5 believes that Frank was employed at either a middle school or a high school (possibly between 8th grade and 10th grade).

l. The girls that Frank would show her looked mostly of high school age. MV5 confirmed that Frank would send her photos of these minor girls that consisted of nudes, the girls' faces and of the girls while he was in the classroom.

m. MV5 recalled that Frank would always talk to her about him wanting to visit MV5 in person but that the drive was long. Frank told MV5 that he lived 15 to 16 hours away, somewhere West.

n. MV5 used her current cell phone and a prior cell phone (Apple iPhone 14) that she owned when producing images and videos of herself. MV5 only has her current cell phone.

o. Frank would send her images of his own face often, so she knows what he looks like. MV5 described Frank as a white male that had a beard, average build and blue eyes.

p. Frank would also send MV5 images of his penis a lot. MV5 recalled that Frank would show her that he got a mole removed from his penis.

q. When she was approximately 12 to 13 years old, MV5 started the process of committing self-harm and filming it. Frank knew that MV5 had committed self-harm and he added MV5 to a Telegram group chat where the members of the group wanted to see photos and videos of MV5 hurting herself. MV5 sent the group chat one of her videos where she was hurting herself and MV5 recalled that the members in the group chat became very excited over it. The members of the group chat asked MV5 if she had any female friends of hers that wanted to create videos of them hurting themselves as well. MV5 advised the group chat that she would not refer anyone and then MV5 described that people within the group chat became upset. Members of the chat threatened to expose images and

videos of MV5—that Frank sent to the group—to MV5's family. Members of the group then posted MV5's physical residential address, and the full names of MV5's mother, father, and grandmother in the group chat. MV5 believes that the members of the group also threatened to hurt her family members if she did not continue to send content to them.

r. She was added to another group chat that she described as a "cult". MV5 recalled that the members of the group chat would post images and videos where there would be stuff written on the walls in the background of the content in blood. The members would also show themselves killing animals within the chat thread. The group would also host live viewings of people committing suicide, they would show people harming themselves, they would have people sell their skin and show people drinking acid. MV5 recalled that people within the group chat would try to get MV5 to cut herself a lot. MV5 recalled that the members of the group wanted MV5 to carve the numbers of their group into herself. MV5 recalled that the numbers of the group were "Seven something Four". The group wanted MV5 to carve the numbers into her stomach. When MV-5 declined to participate, the members of the group threatened MV5. MV5 then sent the group videos of her cutting her thigh.

s. Frank last reached out to her approximately one or two months prior to the interview.

t. MV5 was shown an image depicting MV5 kneeling in her kitchen, while wearing no pants or underwear, and lifting her white shirt to expose her upper stomach. MV5's face is partially visible within the image. MV5 confirmed that she sent this image Frank.

u. MV5 was shown an image of MV5 with another male. The image depicted MV5 in an outdoor, grassy area, where she was not wearing any pants, and only a white shirt. MV5 was observed to be bent over while a white male penetrated her from behind. MV5 confirmed this video depicted her with her ex-boyfriend. MV5 believes that her ex-boyfriend at the time was 17 years old and that she was approximately 16 years old. MV5 recalls that this video was sent to Frank.

8. During the interview, MV5 accessed her laptop and located the phone number that Frank was using to communicate with her. MV5 identified Frank's phone number as 618-922-4968.

9. MV5 and her mother provided the FBI with consent to search the laptop. During a review of the laptop, an FBI agent recovered an iMessage chat thread between MV5 and phone number 618-922-4968, whom MV5 identified as "Frank". The chat thread began on or about July 30, 2025 and ended on or about May 21, 2026. During this time, approximately 721 messages were exchanged.

a. On the evening of August 12, 2025, into the morning of August 13, 2025, the following conversation occurred:

- Frank (F): I'm gonna need your bf to be a good boy and record you for me [emojis]
- MV5: [emoji] ofc *[of course]*
- F: [Emojis]
- F: How will you ever send stuff without a phone [crying emoji]
- MV5: wym I have a phone
- MV5: just not a phone plan

- F: Oh right duh
- F: Well I need to seeeee you. (Nothing crazy just that cute face is always fine love)
- MV5: *[Sent two "selfies" depicting MV5 with another individual. The other individual is blurred out.]*
- F: Blocking out the friend? Lol and Damn! You're even hotter
- MV5: haha yeah she didn't want me showing her
- MV5: tyyy
- F: Lol is she cute [eye emojis]
- F: I'm sure
- MV5: *[Sent the same two images with the other female visible]*
- F: Okay she is cute lol
- MV5: haha
- F: Obv needs to be your first girl lol
- MV5: loll
- F: That's my vote and of course let me watch [emojis]
- MV5: *[Loved above text]*
- F: Speaking of watching. I'm def gonna have to go do something [eye emojis] lol
- MV5: Yeah??
- F: Yessss
- F: Maybe I'll use some of your old stuff [emoji]
- F: Unless you had new stuff of course lol

- MV5: i dooo
- F: [Eye emojis]
- MV5: hehehe
- F: I definitely wanna see lol
- MV5: yeah?
- MV5: [Sent a link to a Snapchat video of MV5 masturbating, where the focal point of the video is her vagina.]
- F: Don't have snap [crying emoji]

b. On April 9, 2026, the following conversation occurred:

- F: I just want my girl to be happy to talk to me and want to see meeee
- MV5: I doo!!
- MV5: I always have
- F: And of course spoil me with any new things she has taken [emojis]
- MV5: oh I have a lot
- F: I might be able to come soon btw. My last day of work is tomorrow
- F: I need a lot
- MV5: *[MV5 sent a total of six images and nine videos. All nine videos and one image depict child pornography under federal law. All nine videos depict MV5 masturbating, with the focal point being MV5's vagina. Specifically, a video with a title ending in "6809b"*

*is 26 second long, begins with MV5's face and then transitions to MV5's bare vagina while she is masturbating using a sex toy.]*

- F: I love you
- MV5: [heart emoji]
- F: Maybe I come see you soon?
- F: Make our ownnn videos

10. On August 7, 2026, pursuant to a federal administrative subpoena, Verizon Wireless provided subscriber information for the telephone number 618-922-4968. The information was as follows:

**Name:** Austin Knoob
**Address:** 1009 W Laurel Street, Carbondale, IL, 62901
**Effective Date:** August 4, 2020
**Status:** Active
**IMEI:** 357275794967346
**Model:** IP15 PM 256 BLT VS

11. Using publicly available information on the internet, I located minutes from the Carbondale Community High School board meeting, dated August 21, 2025. The minutes indicated that Austin Knoob was employed as a Teacher Aide for the 2025-2026 school year.

12. Using law enforcement databases, I located a valid Illinois driver's license for Austin Knoob, date of birth October 14, 1993. His residence address is listed as 1009 W Laurel Street, Carbondale, Illinois. The driver's license photo depicts a white male with a beard and blue eyes, consistent with the description provided by MV5.

13. On August 7, 2026, an FBI Special Agent drove by 1009 W Laurel Street in Carbondale, Illinois. At that time, he observed two vehicles in the driveway. One vehicle was a grey 2019 Hyundai with Illinois registration STARKIN. The second vehicle was a black 2018

Mercedes-Benz with Illinois registration EZ40722. Both of these vehicles are registered to Austin Knoob at that address.

14. On August 12, 2026, I interviewed Austin Knoob at his residence. During the interview, Knoob provided the following information:

a. His phone number is 618-922-4968 and he has had the number for approximately 10 years.

b. He is familiar with MV5 and used to text her. They met online, possibly through Snapchat. His guess is that she was 15-years-old when they began speaking, but he does not remember specifically when they began talking. He knows she was underage when they began speaking.

c. Their relationship was "strictly online." It consisted of talking online and exchanging pictures. He was usually at his residence in Carbondale when he spoke with her.

d. He has seen naked pictures and videos of MV5, some of which he asked for. He is "sure" he asked her to take pictures and videos of herself masturbating and send them to him. He "might have" coached her into making these images and videos.

e. The message "I'm gonna need your bf to be a good boy and record you for me" was referring to him wanting MV5's boyfriend to record having sex with MV5.

f. Knoob admitted agents would find child pornography on his computer. He admitted searching online for child pornography using terms such as "young" and "underage." He has a sexual interest in "teens" and is sexually attracted to underage children. He stated he would not want to "go below 15." He further admitted being involved with groups online where he traded child pornography.

g. He wanted to have sex with MV5, even knowing she was underage.

h. He now understands that having an someone underage take naked pictures of themselves is the production of child pornography; however, he did not realize it at the time.

**CONCLUSION**

22. Based upon all the aforementioned information, I believe there is Probable Cause to believe that on April 9, 2026, and between August 12 and August 13, 2025, Defendant Austin L. Knoob did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

**FURTHER AFFIANT SAYETH NAUGHT.**

Samuel Sukovich
Samuel J Sukovich
Special Agent, Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th day of August, 2026, at Benton, Illinois.

Reona J. Daly
United States Magistrate Judge
Southern District of Illinois

CASEY E. A. BLOODWORTH
Assistant United States Attorney