**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MINUTES OF INITIAL APPEARANCE** |
| | ) | |
| | ) | |
| **vs.** | ) | **Case No. 26-MJ-4044-RJD** |
| | ) | |
| **AUSTIN L. KNOOB,** | ) | **Date:** August 17, 2026 |
| *Defendant.* | ) | **Location:** Benton |

---

**PRESENT: HON. REONA J. DALY, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Jamie Melson **COURT REPORTER:** Liberty Recording

**COUNSEL FOR GOVERNMENT:** Casey Bloodworth, AUSA

**COUNSEL FOR DEFENDANT:** John Stobbs, II

PROCEEDINGS: Initial Appearance on a Criminal Complaint

[x] Defendant present in open court in custody.

[x] AUSA Casey Bloodworth present as noted above. Attorney John Stobbs, II present via zoom.

[x] Defendant has retained counsel.

[x] Defendant has received and reviewed the Criminal Complaint with counsel and is advised of rights.

[x] Preliminary Hearing set for **AUGUST 24, 2026 AT 11:30 AM** in Benton before Magistrate Judge Reona J. Daly.

[x] Motion to Detain (Doc. 8) filed by the Government. Motion to Continue Detention Hearing filed by the Defendant (Doc. 7). Motion to Continue Detention Hearing is GRANTED. Detention Hearing set for **AUGUST 24, 2026 AT 11:30 AM** in Benton before Magistrate Judge Reona J. Daly.

[x] Defendant remanded to custody of the U.S. Marshal pending detention hearing.