**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,** )
)
**vs.** ) **Case No. 26-MJ-4044-RJD**
)
**AUSTIN L. KNOOB,** )
***Defendant.*** )

**ORDER SCHEDULING PRELIMINARY AND DETENTION HEARINGS**

**IT IS ORDERED** that preliminary and detention hearing are set as to the above-named defendant for **August 24, 2026 at 11:30 a.m.** before the Honorable Reona J. Daly, Magistrate Judge, U.S. Courthouse, 301 West Main Street, Benton, Illinois. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

**DATED:** August 17, 2026

**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**