**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **<u>MINUTES OF COURT</u>** |
| | ) | |
| **vs.** | ) | **Case No. 26-MJ-4044-RJD** |
| | ) | |
| **AUSTIN L. KNOOB,** | ) | **Date:** August 24, 2026 |
| | ) | |
| Defendant. | ) | **Location:** Benton |

---

**PRESENT: HONORABLE REONA J. DALY, MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson **REPORTER:** Saralyn Hicks Britt

**COUNSEL FOR GOVERNMENT:** Casey Bloodworth, AUSA

**COUNSEL FOR DEFENDANT**: John Stobbs, II

**PROCEEDING**: Preliminary and Detention Hearings

Defendant present in open court in custody.
Counsel for government and defendant present as noted above.
Defendant submits a written Waiver of Preliminary Hearing. Waiver found voluntary and counseled. Waiver accepted.
Counsel and defendant have received and reviewed the pretrial services report.
Proffer of evidence through counsel.
Arguments heard.
The Government's Motion to Detain (Doc. 8) is GRANTED.
Defendant remanded to custody of the U.S. Marshal. Order of Detention to enter.